Jon M. Sands
Federal Public Defender
District of Arizona
Dale A. Baich (Ohio Bar No. 0025070)
David Christensen (California Bar No. 230114)
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
dale_baich@fd.org
david_christensen@fd.org
602.382.2816
602.889.3960 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael James Huggins,<br><br>    Petitioner,<br><br>vs.<br><br>Michael Martel, Warden of San Quentin State Prison,<br><br>    Respondent. | No. 4:06-cv-07254 YGR<br><br>Death-Penalty Case<br><br>**Status Report** |

      This Court stayed the above-captioned federal habeas corpus proceeding and held it in abeyance (ECF Doc. No. 48), pending exhaustion of Petitioner Michael Huggins' claims in state court. The Court ordered Huggins to file quarterly status reports, beginning September 30, 2013, in order to apprise the Court of the status of the state court proceedings. (*Id.*) In compliance with that order, Huggins submits the following report on the current status of the state proceedings.

      On August 26, 2015, the California Supreme Court ordered the California Department of Corrections and Rehabilitation to show cause why Huggins should

not be resentenced to life without parole on the basis of his intellectual disability. (*See* ECF Doc. No. 58, Attachment A, California Supreme Court, Case No. S213717, Docket). All other claims from Huggins's state habeas petition were denied on the merits. The Alameda County District Attorney filed the return November 20, 2015. The California Superior Court has set the case for an initial appearance on June 10, 2016.

Huggins will submit further status reports pursuant to this Court's order. The next status report is due on June 27, 2016.

Respectfully submitted this 28th day of March, 2016.

>JON M. SANDS
>Federal Public Defender
>District of Arizona
>Dale A. Baich
>David Christensen
>Assistant Federal Public Defenders
>
>By s/David Christensen
>Counsel for Petitioner

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2016, I electronically transmitted the foregoing Status Report to the Clerk's office using the CM/ECF System for filing.

I further certify that all participants in the case are registered SM/ECF users and that service will be accomplished by the CM/ECF system.

By s/ Chelsea Pitman
Legal Assistant
Capital Habeas Unit